UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED WALKER, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) No. 4:07CV127 HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on Movant's Motion to Alter or Amend Judgment, [Doc. 9]. Respondent has not filed a response to the Motion. In his Motion, Movant claims he received Respondent's response to his motion after the Court entered its Order denying the Motion. Furthermore, Movant claims that had he received the response prior to the entry of the Order and Judgment, he would have filed a reply. The interests of justice require giving Movant the opportunity to reply to the response. Furthermore, Movant will be allowed to supplement his Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Alter or Amend Judgment, [Doc. No. 9] is granted and the Judgment entered on April 28, 2008 is vacated and held for naught.

**IT IS FURTHER ORDERED** that Movant is granted 10 days from the receipt of this Order to supplement his Motion to Vacate, Set Aside or Correct Judgment.

**IT IS FURTHER ORDERED** that Respondent shall respond to the Supplemented Motion within 10 days from the date the supplement is filed with this Court.

Dated this 27th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE